IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 26 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| TONY L. WARE,  §<br>§<br>Plaintiff,  §<br>v.  §<br>§<br>FIDELITY ACCEPTANCE CORP.  §<br>n/k/a WELLS FARGO USA  §<br>HOLDINGS, INC.,  §<br>§<br>Defendant.  § | CIVIL ACTION<br>FILE NUMBER: 1:97-CV-00848-RWS<br><br>AFFIDAVIT FOR POST JUDGMENT INTEREST |

## AFFIDAVIT OF DR. TONY L. WARE FOR POST JUDGMENT INTEREST

**PERSONALLY APPEARED** before me, the undersigned attesting officer duly authorized by law to administer oaths is DR. TONY L. WARE, the Plaintiff after being duly sworn, and deposes and states the following:

1. That my name is DR. TONY L. WARE. I am the Plaintiff in the above-styled action. I state that I suffer from no legal mental disability at this time and I am therefore competent to give this affidavit.

2. I hereby make this affidavit to the Court and Clerk, showing proof of the current post judgment interest, based upon my personal knowledge, information and belief. That post judgment interest has accrued on the final judgment since the time it was entered on June 30th, 1999 pursuant to **O.C.G.A. § 7-4-12 (1998).**

3. That this affidavit is made also in support of the issuance of a writ of execution concerning any current post judgment interest due, that has has accrued on the final judgment entered by the Clerk on July 30th, 1999, in order for me to recover any interest under Georgia law pursuant to **O.C.G.A. § 7-4-12 (1998).**

4. That said interest, is based upon the final judgment at (12%) per annum. The Court entered final judgment on July 30th, 1999 for the principal amount of: **$253,158.98.** By using the NJN Post-Judgment Interest Calculator, post judgment interest at (12%) has accrued since July 30th, 1999 to April 26th, 2019.  See, **ECF Docket # 24**, Judgment, p. 1.  Thus, the current post judgment interest at (12%) per annum comes to a total amount of: **$602,587,73.**  See, **O.C.G.A. § 7-4-12 (1998).**

6. Therefore, I request that the Clerk issue a Writ of Execution, (FI FA) in the principal amount of: **$253,158.98** and post judgment interest of: **$602,587,73.**

7. Finally, I used the NJN Post-Judgment Interest Calculator, to properly calculate the correct post judgment interest that has accrued from July 30th, 1999 to April 26th, 2019.  See, https://nationaljudgment.net/javacalc.html

**IN WITNESS AND TESTIMONY HEREOF,** I give this affidavit as evidence to the Court in support of my final judgment entered on July 30th, 1999, that is filed with this Court to be used at any hearing or appeal with respect to this case.

**FURTHER AFFIANT SAYTH NOT.**

This ___26th___, day of ___April___, 2019.

Respectfully Submitted,

_____
Dr. Tony L. Ware, Affiant

**CERTIFICATE OF NOTARY PUBLIC**
**Sworn to and Subscribed before Me,**

This ___26th___ day of ___April___, 2019.

_____
**NOTARY PUBLIC**

Page 2 of 2