

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☑ Agent<br>☐ Addressee | |
| | B. Received by (Printed Name)<br>Tony L. War | C. Date of Delivery<br>5-24-19 | |
| 1. Article Addressed to:<br><br>TONY L. WARE<br>1479 MOURY AVENUE, S.W.<br>SUITE 227<br>ATLANTA, GA 30315<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 1608 6053 6280 49 | D. Is delivery address different<br>from delivery add... | ☐ Yes<br>☐ No | |
| | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ _____ Mail<br>_____ Mail Restricted Delivery<br>(00) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery | |
| 2. Article Number (Transfer from service label)<br>7008 2810 0001 8475 6841 | | | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | | Domestic Return Receipt | |