IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 12 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| TONY L. WARE, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION |
| | § | FILE NUMBER: 1:97-CV-00848-RWS |
| FIDELITY ACCEPTANCE CORP. n/k/a WELLS FARGO USA HOLDINGS, INC. by merger, | § § § § | NOTICE OF CHANGE OF ADDRESS |
| Defendant. | § § | |

### NOTICE OF CHANGE OF ADDRESS

**COMES NOW, TONY L. WARE,** the Plaintiff in fi fa and pursuant to the Local Rules of this Court, do hereby gives notice to the Court, and the Clerk of Court and all other persons, his notice of his change of address stated as follows:

> Dr. Tony L. Ware, PhD, JD
> Atlanta Legal Research Group.
> 1590 Jonesboro Road, S.E., Unit 150524
> Atlanta, Georgia 30315-0248

WEREFORE, the Court, Clerk of Court, and any opposing counsels for the Defendant are hereby directed to serve all notices, orders, pleadings, motions, briefs, and memorandums upon the Plaintiff at his address stated herein this notice.

Respectfully this ___9th___, day of September 2024.

_____
Dr. Tony L. Ware, PRO SE
Attorney for the Plaintiff

1590 Jonesboro Road, S.E., Unit 150524
Atlanta, Georgia 30315-0248
Phone: (404) 944-9638
Email: tonylware@yahoo.com

## CERTIFICATE OF SERVICE

**COMES NOW, DR. TONY L. WARE,** the Attorney for Plaintiff proceeding pro se in the above-styled civil action and certify that Defendant is in default, and not entitled to any further notice, and has waived all notices. However, without prejudice, Plaintiff has served a copy of the NOTICE OF CHANGE OF ADDRESS upon Defendant by United States Mail addressed to the Defendant as follows:

FIDELITY ACCEPTANCE CORP.
c/o Georgia Secretary of State
2 Martin Luther King Jr., Drive
Floyd West Tower, Suite 313
Atlanta, Georgia 30334-1530

Respectfully this ___9th___, day of September 2024.

Dr. Tony L. Ware, PRO SE
Attorney for the Plaintiff

1590 Jonesboro Road, S.E. Unit 150524
Atlanta, Georgia 30315-0248
Phone: (404) 944-9638
Email: tonylware@yahoo.com



**VIA–U.S. FIRST CLASS MAIL**

September 9TH, 2024

Mr. Kevin P. Weimer, Clerk of Court
U.S. District Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

Reference:   *Ware v. Fidelity Acceptance Corporation*,
Docket No. 1:97-CV-00848-RWS (N.D. Ga. 1997)

Dear Clerk / Deputy Clerk:

Enclosed you will find, the original, and (2) copies of my Notice of Change of Address to be filed with the Court. Please stamp-file, and return my copies as well.

I have also included a stamp-self address return envelope for you to return my two copies back to me. Please contact me if you have any questions, you can email me, or contact me at my address below. Thank you for your time.

Respectfully Submitted,

*[signature]*

Dr. Tony L. Ware, PhD, JD
Chief Law Clerk

Enclosures

cc:   Mr. Pedro J. Burgos, Law Clerk / Paralegal
Dr. Annett C. Howell, Paralegal

**1590 Jonesboro Road, S.E., Unit 150524 / Atlanta, Georgia 30315-0248**
**Phone: (404) 944-9638 / Email: tonylware@yahoo.com**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONY L. WARE,<br><br>  Plaintiff,<br>v.<br><br>FIDELITY ACCEPTANCE CORP.<br>n/k/a WELLS FARGO USA<br>HOLDINGS, INC. by merger,<br><br>  Defendant. | §<br>§<br>§<br>§ CIVIL ACTION<br>§ FILE NUMBER: 1:97-CV-00848-RWS<br>§<br>§ NOTICE OF CHANGE OF ADDRESS<br>§<br>§<br>§ |

## NOTICE OF CHANGE OF ADDRESS

**COMES NOW, TONY L. WARE,** the Plaintiff in fi fa and pursuant to the Local Rules of this Court, do hereby gives notice to the Court, and the Clerk of Court and all other persons, his notice of his change of address stated as follows:

> Dr. Tony L. Ware, PhD, JD
> Atlanta Legal Research Group.
> 1590 Jonesboro Road, S.E., Unit 150524
> Atlanta, Georgia 30315-0248

WEREFORE, the Court, Clerk of Court, and any opposing counsels for the Defendant are hereby directed to serve all notices, orders, pleadings, motions, briefs, and memorandums upon the Plaintiff at his address stated herein this notice.

Respectfully this ___9th___ , day of September 2024.

_/s/ T. L. Ware_
Dr. Tony L. Ware, PRO SE
Attorney for the Plaintiff

1590 Jonesboro Road, S.E., Unit 150524
Atlanta, Georgia 30315-0248
Phone: (404) 944-9638
Email: tonylware@yahoo.com

## CERTIFICATE OF SERVICE

**COMES NOW, DR. TONY L. WARE,** the Attorney for Plaintiff proceeding pro se in the above-styled civil action and certify that Defendant is in default, and not entitled to any further notice, and has waived all notices. However, without prejudice, Plaintiff has served a copy of the NOTICE OF CHANGE OF ADDRESS upon Defendant by United States Mail addressed to the Defendant as follows:

> FIDELITY ACCEPTANCE CORP.
> c/o Georgia Secretary of State
> 2 Martin Luther King Jr., Drive
> Floyd West Tower, Suite 313
> Atlanta, Georgia 30334-1530

Respectfully this _9th_, day of September 2024.

_/s/ T. Ware_
Dr. Tony L. Ware, PRO SE
Attorney for the Plaintiff

1590 Jonesboro Road, S.E. Unit 150524
Atlanta, Georgia 30315-0248
Phone: (404) 944-9638
Email: tonylware@yahoo.com



TL WARE BOTTLING COMPANY INC
1590 Jonesboro Road, S.E.
c/o Department of Law
Unit 150524
Atlanta, Georgia 30315-0248

Dr. Tony L. Ware, PhD, JD
ATLANTA LEGAL RESEARCH GROUP.
1590 Jonesboro Road, S.E.
Unit 150524
Atlanta, Georgia 30315-0248

Retail   30303

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
DULUTH, GA 30096
SEP 09, 2024
**$2.04**
S2324N506762-13

Mr. Kevin P. Weimer, Clerk of Court
U.S. District Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

CLEARING DATE
SEP 1 2 2024
U.S. Marshals Service
Atlanta, GA 30303